**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RUDOLPH BETANCOURT,

    Plaintiff,

v.                                      Case No:   6:23-cv-1945-ACC-LHP

MELBOURNE SUITES, LLC,

    Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH DEADLINES PURSUANT TO DE#6 (Doc. No. 10)
>
> **FILED:** November 24, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to permit Plaintiff's counsel and Plaintiff's expert reasonable access to inspect the portion of Defendant's facility which Plaintiff claims to be non-compliant, *see* Doc. No. 6 ¶ 2, is extended up to and including

- 2 -

**thirty (30) days** after Defendant's appearance in this case. The remaining deadlines in the ADA Scheduling Order will flow therefrom. *See* Doc. No. 6.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties