# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUDOLPH BETANCOURT,

        Plaintiff,

v.                                       Case No:  6:23-cv-1945-ACC-LHP

MELBOURNE SUITES, LLC,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF CLERK'S DEFAULT AND SUPPORTING MEMORANDUM OF LAW (Doc. No. 13)**
>
> **FILED:** **January 9, 2024**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff seeks Clerk's default against Defendant for Defendant's failure to timely appear or respond. Doc. No. 13. Upon review, however, the return of service on which Plaintiff relies is unsigned. *See* Doc. No. 12. Therefore, the Court

- 2 -

cannot rely on that return of service for entry of default. *See, e.g.*, *Accident Ins. Co., Inc. v. V&A Drywall & Stucco, Inc.*, No. 2:20-cv-407-FtM-38MRM, 2020 WL 8187782, at *3 (M.D. Fla. Sept. 1, 2020) (citing *Phan v. Accredited Home Lenders Holding Co.*, No. 3:09-cv-328-J-32HTS, 2009 WL 10670337, at *1 (M.D. Fla. June 12, 2009) (denying without prejudice motion for Clerk's default to the extent that it relied on an unsigned return of service); *Jackson Nat'l Life Ins. Co. v. Tottenham*, No. 2:16-cv-883-FtM-29MRM, 2017 WL 8310902, at *1 (M.D. Fla. June 23, 2017) (same).

Accordingly, Plaintiff's motion (Doc. No. 13) is **DENIED without prejudice** to filing a renewed motion, within **fourteen (14) days** of this Order, which must be supported by an amended, signed return of service.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties